IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ALAN BERNARD TILLEY,** | ) |
| Petitioner, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 15-0353-CG-B |
| **DEWAYNE ESTES**, *et al.*, | ) ) ) |
| Respondents. | ) ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **DISMISSED** with prejudice as time-barred.

**DONE and ORDERED** this 16th day of November, 2016.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE